[pic]

 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH

 NO. 02-16-00373-CR
 NO. 02-16-00374-CR

|James R. Hernandez | |APPELLANT |
|V. |
|The State of Texas | |STATE |

y
 ------------

 FROM THE 297th District Court OF Tarrant COUNTY
 TRIAL COURT NO. 1413791D, 1413902D
 ------------
 ABATEMENT ORDER
 ------------
 We have considered the “Motion to Withdraw as Counsel” filed by
Elizabeth Berry, appellant’s appointed counsel.

 The motion is GRANTED. The Hon. Elizabeth Berry is permitted to
withdraw as attorney of record for appellant.

 It is ORDERED that this appeal is abated and the cause is remanded to
the trial court. The trial court shall immediately conduct a hearing with
appellant present to:
 1. Determine whether appellant desires to prosecute his appeal;
 2. Determine whether appellant is indigent;

 3. If appellant is determined to be indigent, determine whether
 counsel should be appointed to represent appellant and appoint
 counsel, if necessary;[1]

 4. If appellant desires to proceed pro se, admonish appellant of
 the dangers and disadvantages of self-representation, in
 accordance with Faretta v. California, 422 U.S. 806, 835, 95 S.
 Ct. 2525, 2541 (1975) and Hubbard v. State, 739 S.W.2d 341, 345
 (Tex. Crim. App. 1987) and determine whether appellant’s
 decision to proceed pro se is competently and intelligently
 made; and

 5. Take any other measures that the trial court deems necessary to
 insure appellant does not forfeit his right to appeal.

 The trial court shall make findings and file a record of the hearing
in this court on or before Thursday, March 9, 2017. The record shall
include a supplemental reporter’s record and supplemental clerk’s record.
Upon our receipt of the supplemental record, the appeal of this cause shall
be automatically reinstated without further order.
 The clerk of this court shall transmit a copy of this order to the
appellant, the attorneys of record, the trial judge, the trial court clerk,
and the court reporter.

 DATED February 7, 2017.
 PER CURIAM

 -----------------------
 [1]If counsel is appointed to represent appellant, the supplemental
record shall reflect that appointed counsel has been notified of the
appointment. If appellant is incarcerated, the trial court shall also
retain him in the county for a reasonable period of time to allow appointed
counsel an opportunity to confer with appellant.